STATE OF NEW JERSEY v. WAYNE HASSEN.

July 10, 1979. Petition for certification denied.

BAKERS' INSURANCE COMPANY v. HARTFORD
INSURANCE COMPANY.

July 10, 1979. Petition for certification denied.

ADELE BARBARA BURNS v. JOHN EDWARD BURNS.

July 10, 1979. Petition for certification denied.

PREARRANGEMENT SOCIETY v. JOHN J. DEGNAN.

July 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. ROSEANNE SCHIAVONE.

July 10, 1979. Petition for certification denied.

JAMES MARTIN v. BOARD OF EDUCATION OF THE
NORTHERN HIGHLANDS REGIONAL HIGH SCHOOL
DISTRICT, BERGEN COUNTY.

July 10, 1979. Petition for certification denied.